UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL J. STOTTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR,<br><br>*Defendant*. | Civil Action No. 25-0169 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated February 21, 2025, Plaintiff Daniel J. Stotter and Defendant U.S. Department of Labor (the "Department") report to the Court as follows regarding the status of the request at issue in this Freedom of Information Act ("FOIA") matter.

1. This action was filed on January 20, 2025, concerning a FOIA request to the Department dated August 30, 2023, seeking copies of finalized Contract Medical Consultant Reports authored or prepared by Dr. Robert Hoffman, M.D., in the possession or control of the Department's Office of Workers' Compensation Programs ("OWCP"), Division of Energy Employees Occupational Illness Compensation ("DEEOIC"), created within the time frame of June 1, 2021 to June 1, 2023.

2. As an initial matter, the parties note that actions under FOIA are exempt from the requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) and, accordingly, the parties provide this report on the assumption that the Court's reference to those rules in its February 21, 2025 order was mistaken (if that assumption is incorrect, the parties will proceed as the Court may further direct). For the same reason, and based on the information reported below, the parties respectfully request that the Court vacate the Initial Scheduling

Conference currently set for March 11, 2025, and instead direct the parties to file a further status report by April 29, 2025, as proposed below.[1]

3. The Department states that it is still assessing options to determine whether it can feasibly locate the responsive reports from among the voluminous potentially responsive contract medical consultant reports for the period at issue. Once the Department has an opportunity to evaluate whether any other methods are available to identify the requested records, the parties plan to confer on that issue as well as the fee assessment issue raised in the Complaint and Defendant's Answer. The parties will endeavor to work cooperatively to try to narrow or resolve issues currently in dispute.

4. In light of the above, the parties propose that they file another status report on April 29, 2025, and that the Court defer setting a briefing schedule at this time.

Dated: February 27, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Attorneys for United States of America*

---

[1] Counsel for Plaintiff, who is located in Oregon, also notes that he has a planned medical procedure for March 10, 2025, and would need to request that the Court reschedule the March 11, 2025 scheduling conference should the Court determine that a conference is necessary, and, in that event, also would request that the Court permit him to participate by telephone or video appearance.

AND

*/s/ Daniel J. Stotter*
Daniel J. Stotter (WI0015)
STOTTER LAW OFFICES LLC
P.O. Box 1753
Corvallis, OR 97339
541-738-2601
Email: dstotter@qwestoffice.net

*Counsel for Plaintiff*